# State of Louisiana
## Secretary of State

03/19/2019

Legal Services Section
P.O. Box 94125, Baton Rouge, LA 70804-9125
(225) 922-0415

SAFECO INSURANCE COMPANY OF OREGON
C/O CORPORATION SERVICE COMPANY
501 LOUISIANA AVENUE
BATON ROUGE, LA  70802-5921

Suit No.: 2019830
14TH JUDICIAL DISTRICT COURT
CALCASIEU PARISH

JAMES W. POTTER, ET AL
vs
SAFECO INS. CO. OF OREGON

Dear Sir/Madam:

I am enclosing a citation served in regard to the above entitled proceeding. If you are not the intended recipient of this document, please return it to the above address with a letter of explanation. All other questions regarding this document should be addressed to the attorney that filed this proceeding.

Yours very truly,

R. KYLE ARDOIN
Secretary of State

Served on:  R. KYLE ARDOIN
Served by:  E CUMMINS

Date: 03/18/2019
Title:  DEPUTY SHERIFF

No: 1112654



TG

**Exhibit A**

Citation



JAMES W POTTER
VS.     2019-000830
SAFECO INSURANCE COMPANY

14th Judicial District Court
State of Louisiana
Parish of Calcasieu

THE STATE OF LOUISIANA

TO:   SAFECO   INSURANCE   COMPANY
OF OREGON
THROUGH   ITS   AGENT   FOR
SERVICE: LOUISIANA SECRETARY
OF STATE
8585 ARCHIVES AVENUE
Baton Rouge, LA 70809

SERVED ON
R. KYLE ARDOIN

MAR 1 8 2019

SECRETARY OF STATE
COMMERCIAL DIVISION

Parish of East Baton Rouge, Louisiana, Defendant in said suit:

YOU ARE HEREBY CITED TO APPEAR before said Court, for said Parish, and to comply with the demand contained in the petition of JAMES  W POTTER, ET AL   (PETITION FOR DAMAGES)   against you, certified copy of which petition accompanies this citation, or file your answers thereto in writing in the office of the Clerk of Court, at the Courthouse, in the City of Lake Charles, in said Parish, within fifteen (15) days after the service hereof, under penalty of default.

Witness the Honorable Judges of said Court, at Lake Charles, Louisiana, this 15th day of February 2019.

Issued and delivered February 28, 2019

Byron Wilkinson
Deputy Clerk of Court

--------------------------------------------------------------------------------
SERVICE INFORMATION

Received on the _____ day of _____ 20___, and on the _____ day of _____ 20___, served the above named party as follows:

PERSONAL SERVICE on the party herein named _____

DOMICILIARY SERVICE on the party herein named by leaving the same at his domicile in the parish in the hands of _____, a person apparently over the age of seventeen years, living and residing in said domicile and whose name and other facts connected with this service, I learned by interrogating the said person, said party herein being absent from his residence at the time of said service.
RETURNED:
PARISH OF _____ this _____ day of _____ 20____

SERVICE      $_____          BY:    _____
MILEAGE      $_____                 Deputy Sheriff

TOTAL $_____

Party No.     P001


C  M  S   8  3  6  2  1  8  9
Filing Date: 02/28/2019 02:33 PM     Page Count: 1
Case Number: 2019-000830
Document Name: Citation

[ Service Copy ]
CMS0085                                                        Page 1 of 1

LOUISIANA CIVIL CASE REPORTING
Civil Case Cover Sheet – LA. R.S. 13:4688 and
Part G, §13, Louisiana Supreme Court General Administrative Rules

This civil case cover sheet shall be completed by counsel for the petitioner, counsel's authorized representative, or by the self-represented litigant (if not represented by counsel) and submitted with the original petition filed with the court. The information should be the best available at the time of filing. This information does not constitute a discovery request, response, or supplementation, and is not admissible at trial.

FILED: FEB 15 2019

Suit Caption:

James W. Potter and Jacquline  Vs.  Safeco Ins. Co. of Oregon

_Kandi Mathey_

Potter

Deputy Clerk of Court
Calcasieu Parish, Louisiana

Court: 14th JDC

Docket No.: 2019-830 H

Parish of Filing: Calcasieu

Filing Date: 2·15·19

Name of Lead Petitioner's Attorney: Rex D. Townsley, The Townsley Law Firm, LLP

Name of Self-Represented Litigant: _____

Number of named petitioners: ___2___   Number of named defendants: ___1___

Type of Lawsuit: Please check the categories which most appropriately apply to this suit (no more than 3 categories should be checked):

| | | |
|---|---|---|
| _____ Auto: Personal Injury | | _____ Auto: Property Damage |
| _____ Auto: Wrongful Death | | ___X___ Auto: Uninsured Motorist |
| _____ Asbestos: Property Damage | | _____ Asbestos: Personal Injury/Death |
| _____ Product Liability | | _____ Premise Liability |
| _____ Intentional Bodily Injury | | _____ Intentional Property Damage |
| _____ Intentional Wrongful Death | | _____ Unfair Business Practice |
| _____ Business Tort | | _____ Fraud |
| _____ Defamation | | _____ Professional Negligence |
| _____ Environmental Tort | | _____ Medical Malpractice |
| _____ Intellectual Property | | _____ Toxic Tort |
| _____ Legal Malpractice | | _____ Other Tort (described below) |
| _____ Other Professional Malpractice | | _____ Redhibition |
| _____ Maritime | | _____ Class Action (nature of case) |
| _____ Wrongful Death | | |
| _____ General Negligence | | |

Please briefly describe the natu

Filing Date: 02/15/2019 12:00 AM    Page Count: 1
Case Number: 2019-000830
Document Name: Damages - Supreme Court Form

_____

Following the completion of this form by counsel, counsel's representative, or by the self-represented litigant, this document will be submitted to the Office of the Judicial Administrator, Supreme Court of Louisiana, by the Clerk of Court.

Name, address and contact information of person completing this form:

Name: Rex D. Townsley / Jordan Z. Taylor

Address: 3102 Enterprise Blvd.

Lake Charles, LA 70601

Telephone: 337-478-1400

_S/Rex D. Townsley_

SIGNATURE

rex@townsleylawfirm.com

EMAIL

| | | |
|---|---|---|
| JAMES W. POTTER AND JACQULINE POTTER | : | 14th JUDICIAL DISTRICT COURT |
| VS. NO. 2018 9 830     DIV "#" | : | PARISH OF CALCASIEU |
| SAFECO INSURANCE COMPANY OF OREGON | : | STATE OF LOUISIANA |
| FILED: FEB 1 5 2019 | : | *Kandi Matthes* |
| | | DEPUTY CLERK OF COURT |

### PETITION FOR DAMAGES

**NOW INTO COURT**, through undersigned counsel, comes plaintiffs, **James W. Potter**, (hereinafter referred to as "James") and **Jacquline Potter**, (hereinafter referred to as "Jacquline") competent majors and residents of Allen Parish, who respectfully petitions this court for an award of damages, for the following reasons, to-wit:

1.

Made Defendant herein is **SAFECO INSURANCE COMPANY OF OREGON**, (hereinafter referred to as "Safeco"), an insurance corporation authorized to do and doing business in the State of Louisiana who may be served through its registered agent for service of process, Louisiana Secretary of State, 8585 Archives Avenue, Baton Rouge, Louisiana 70809 .

2.

Venue is proper in the 14th Judicial District Court pursuant to Louisiana Code of Civil Procedure Article 76. This is an action against a motor vehicle insurance carrier and the loss occurred in Calcasieu, Louisiana.

3.

On or about August 22, 2017, the plaintiff, **James,** was driving in a 2000 Dodge Dakota North on Highway 14 approaching 4th Street.

4.

Taylor Nicole Staton-Darbone was operating a 2007 Honda Civic traveling West on 4th Street.

5.

Suddenly and without warning Taylor Nicole Staton-Darbone made a left turn onto

1

Highway 14 from 4th St. directly in the path of James causing him to slam into the driver's side of Taylor Nicole Staton-Darbone vehicle.

6.

It is alleged on information and belief that defendant, **Safeco**, had in full force and effect at the time of the accident a policy or policies of uninsured/underinsured motorist automobile, affording coverage to the vehicle being driven by **James** with the permission and consent of the registered owner, Florence Nichols at the time of this accident.

7.

As a result of the above-described accident, petitioner, **Potter** sustained injuries to his body as a whole, including, but not limited to his neck, back, hip, and knee. As a further result of the above described accident, petitioner, Potter, has suffered emotionally, mentally and physically as a result of his injuries, causing past, present and future mental and physical pain and suffering, mental anguish and emotional distress. Additionally, he has suffered loss of enjoyment of life, past, present and future all for which he is entitled to recover from the defendant in a reasonable amount to be fixed by this Honorable Court.

8.

The wife of plaintiff, **Jacquline**, at all times material hereto was living and residing with him. The said wife, **Jacquline,** suffered loss of consortium, services and society of her husband as a result of the above described accident and ensuing injuries to him, all for which **Jacquline, as wife to James,** is entitled to recover in a reasonable amount to be fixed by this Honorable Court from the defendants.

9.

Plaintiffs show that the amount recovered from Taylor Nicole Staton-Darbone and her liability carrier, Allstate Property and Casualty Ins. Co. was insufficient to cover the damages sustained by plaintiffs. Therefore, Taylor Nicole Staton-Darbone is underinsured and the claims of the plaintiffs are valid under the Louisiana Uninsured Motorists statute, and plaintiffs are entitled to proceed against defendant, **Safeco**, under its provision of uninsured motorist bodily injury coverage and underinsured motorists protection to plaintiff.

2

10.

Plaintiff, **James,** has furnished defendant, **Safeco,** with sufficient proof of loss as required by law.

11.

Plaintiff further shows that defendant, **Safeco,** has made only one unconditional tender to plaintiffs which was insufficient considering the injuries, damages and despite repeated attempts for unconditional tenders.

12.

Safeco is arbitrary and capricious in its failure to tender a reasonable amount within thirty days of proof of loss and petitioners are entitled to recover penalties, interest and attorney's fees, in accordance with law, including damages under LSA R.S. 22:1892.

13.

Pursuant to LSA R.S. 22:1973, Defendant, **Safeco** owes Petitioners a duty of good faith and fair dealing.

14.

Defendant, **Safeco** has an affirmative duty to adjust Petitioners' claims fairly and promptly and to make a reasonable effort to settle Petitioners' claims.

15.

Defendant, **Safeco** has breached this duty and said breach has been arbitrary and capricious or without probable cause. Specifically, **Safeco** has breached the duty imposed by LSA R.S. 22:1973 by arbitrarily failing to pay the amount of the claim due to Plaintiffs within 60 days after the receipt of satisfactory proof of loss from Plaintiffs.

16.

Petitioners allege that they are entitled to penalties as outlined in LSA R.A. 22:1973 (C) not to exceed two times the damages sustained or five thousand ($5,000.00) dollars, whichever is greater.

WHEREFORE, PETITIONERS PRAY that the defendant be duly served with a copy of this petition and cited to appear and answer same, and that after the lapse of all legal delays there

3

be judgment in favor of **James and Jacquline** against defendant, **Safeco** for a reasonable

amount of general damages, special damages, past, present and future medical expenses and pain

and suffering and loss of consortium. PETITIONERS FURTHER PRAY for judgment against

the above named defendant for all costs of this suit, including the fees of experts and other

experts called as witnesses, attorney fees, for legal interest on all amounts prayed for above, from

the date of judicial demand until paid and for full, general, and equitable relief in the premises.

Respectfully submitted,
**THE TOWNSLEY LAW FIRM, LLP**

BY:

**REX D. TOWNSLEY, LSBA Roll No (12886)**
**JORDAN Z. TAYLOR, LSBA Roll No. (35346)**
3102 Enterprise Boulevard
Lake Charles, Louisiana 70601
Telephone: (337) 478-1400
Fax: (337) 478-1577

**PLEASE SERVE DEFENDANTS AS**
**SET FORTH IN PARAGRAPH ONE**
**OF THE PETITION**

A TRUE COPY
Lake Charles, Louisiana

Deputy Clerk of Court
Calcasieu Parish, Louisiana

FEB 2 8 2019

4

JAMES W. POTTER AND JACQULINE : 14th JUDICIAL DISTRICT COURT
POTTER

VS. NO. 2018-830_____ DIV "H" : PARISH OF CALCASIEU

SAFECO INSURANCE COMPANY OF : STATE OF LOUISIANA
OREGON

FILED: ____FEB 1 5 2019_____ : _Kandi Mathews_
                                    **DEPUTY CLERK OF COURT**

## REQUEST FOR WRITTEN NOTICE OF ANY AND ALL
## ORDERS, JUDGMENTS AND ASSIGNMENTS MADE OR RENDERED

In accordance with the provisions of Articles 1571 and 1572 of the Louisiana Code of Civil Procedure, you are hereby requested to provide us, counsel for **James W. Potter and Jacquline Potter**, plaintiffs in the above numbered and entitled cause, written notice, by mail, ten (10) days in advance of any date fixed for any trial or hearing on this case, whether on exceptions, rules or the merits thereof.

And, in accordance with the provisions of Articles 1913 and 1914 of the Code of Civil Procedure, you are additionally requested to send notice of any order or judgment rendered or made in this case immediately upon the entry or rendition of any such order or judgment.

Thank you for your cooperation.

Respectfully submitted,
**THE TOWNSLEY LAW FIRM LLP**

BY: _____
**REX D. TOWNSLEY, LSBA Roll No (12886)**
**JORDAN Z. TAYLOR, LSBA Roll No. (35346)**
3102 Enterprise Boulevard
Lake Charles, Louisiana 70601
Telephone: (337) 478-1400
Fax: (337) 478-1577

R. KYLE ARDOIN
SECRETARY OF STATE
P.O. BOX 94125
BATON ROUGE, LA 70804-9125







U.S. POSTAGE >> PITNEY BOWES

ZIP 70802   $ 011.35⁰
02 4W
0000352947 MAR  19  2019

SS151-A

Calcasieu Parish Clerk of Court
PO Box 1030
Lake Charles, LA 70602



14th Judicial District Court
State of Louisiana
Parish of Calcasieu

## NEW CIVIL FILING

JAMES W POTTER

VS.    2019-000830

SAFECO INSURANCE COMPANY

Carole LeBlanc
Deputy Clerk of Court

**\*CMS6353780\***

Filing Date: 02/21/2019 11:15 AM        Page Count:: 1
Case Number: 2019-000830
Document Name: New Suit

Citation



JAMES W POTTER

VS.     2019-000830

SAFECO INSURANCE COMPANY

14th Judicial District Court
State of Louisiana
Parish of Calcasieu

THE STATE OF LOUISIANA

TO:  SAFECO  INSURANCE  COMPANY
OF OREGON
THROUGH    ITS    AGENT    FOR
SERVICE: LOUISIANA  SECRETARY
OF STATE
8585 ARCHIVES AVENUE
Baton Rouge, LA  70809

Parish of East Baton Rouge, Louisiana, Defendant in said suit:

YOU ARE HEREBY CITED TO APPEAR before said Court, for said Parish, and to comply with the demand contained in the petition of JAMES  W  POTTER, ET AL   (PETITION FOR DAMAGES)    against you, certified copy of which petition accompanies this citation, or file your answers thereto in writing in the office of the Clerk of Court, at the Courthouse, in the City of Lake Charles, in said Parish, within fifteen (15) days after the service hereof, under penalty of default.

Witness the Honorable Judges of said Court, at Lake Charles, Louisiana, this 15th day of February 2019.

Issued and delivered February 28, 2019

_____

Byron Wilkinson
Deputy Clerk of Court

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - SERVICE INFORMATION - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

Received on the _____ day of _____ 20___, and on the _____ day of _____ 20___, served the above named party as follows:

PERSONAL SERVICE on the party herein named _____

DOMICILIARY SERVICE on the party herein named by leaving the same at his domicile
in the parish in the hands of _____, a person apparently over the age of seventeen years, living and residing in said domicile and whose name and other facts connected with this service, I learned by interrogating the said person, said party herein being absent from his residence at the time of said service.
RETURNED:
PARISH OF _____ this _____ day of _____ 20____

SERVICE          $_____          BY:  _____
                                                         Deputy Sheriff
MILEAGE          $_____

TOTAL $_____

Party No.       P001

Citation

JAMES W POTTER
VS.   2019-000830
SAFECO INSURANCE COMPANY



14th Judicial District Court
State of Louisiana
Parish of Calcasieu

THE STATE OF LOUISIANA

TO: SAFECO INSURANCE COMPANY
OF OREGON
THROUGH ITS AGENT FOR
SERVICE: LOUISIANA SECRETARY
OF STATE
8585 ARCHIVES AVENUE
Baton Rouge, LA  70809

Parish of East Baton Rouge, Louisiana, Defendant in said suit:

YOU ARE HEREBY CITED TO APPEAR before said Court, for said Parish, and to comply with the demand contained in the petition of JAMES W POTTER, ET AL  (PETITION FOR DAMAGES)  against you, certified copy of which petition accompanies this citation, or file your answers thereto in writing in the office of the Clerk of Court, at the Courthouse, in the City of Lake Charles, in said Parish, within fifteen (15) days after the service hereof, under penalty of default.

Witness the Honorable Judges of said Court, at Lake Charles, Louisiana, this 15th day of February 2019.

Issued and delivered February 28, 2019

_____
Byron Wilkinson
Deputy Clerk of Court

SERVICE INFORMATION

Received on the _____ day of _____ 20___, and on the _____ day of _____ 20___, served the above named party as follows:

PERSONAL SERVICE on the party herein named _____

DOMICILIARY SERVICE on the party herein named by leaving the same at his domicile
in the parish in the hands of _____, a person apparently over the age of seventeen years, living and residing in said domicile and whose name and other facts connected with this service, I learned by interrogating the said person, said party herein being absent from his residence at the time of said service.
RETURNED:
PARISH OF _____ this _____ day of _____ 20____

SERVICE        $_____              BY:  _____
                                                    Deputy Sheriff
MILEAGE       $_____

TOTAL $_____

Party No.       P001

Citation



JAMES W POTTER

VS.     2019-000830

SAFECO INSURANCE COMPANY

14th Judicial District Court
State of Louisiana
Parish of Calcasieu

THE STATE OF LOUISIANA

TO:  SAFECO  INSURANCE  COMPANY
OF OREGON
THROUGH  ITS  AGENT  FOR
SERVICE: LOUISIANA  SECRETARY
OF STATE
8585 ARCHIVES AVENUE
Baton Rouge, LA  70809

Parish of East Baton Rouge, Louisiana, Defendant in said suit:

YOU ARE HEREBY CITED TO APPEAR before said Court, for said Parish, and to comply with the demand contained in the petition of JAMES W POTTER, ET AL   (PETITION FOR DAMAGES)    against you, certified copy of which petition accompanies this citation, or file your answers thereto in writing in the office of the Clerk of Court, at the Courthouse, in the City of Lake Charles, in said Parish, within fifteen (15) days after the service hereof, under penalty of default.

Witness the Honorable Judges of said Court, at Lake Charles, Louisiana, this 15th day of February 2019.

Issued and delivered February 28, 2019

_____
Byron Wilkinson
Deputy Clerk of Court

------------------------------------------------ SERVICE INFORMATION ------------------------------------------------

Received on the _____ day of _____ 20___, and on the _____ day of _____ 20___, served the above named party as follows:

PERSONAL SERVICE on the party herein named _____

DOMICILIARY SERVICE on the party herein named by leaving the same at his domicile
in the parish in the hands of _____, a person apparently over the age of seventeen years, living and residing in said domicile and whose name and other facts connected with this service, I learned by interrogating the said person, said party herein being absent from his residence at the time of said service.
RETURNED:
PARISH OF _____ this _____ day of _____ 20____

SERVICE          $_____                    BY:   _____
                                                                              Deputy Sheriff
MILEAGE         $_____

TOTAL $_____

Party No.          P001

Case 2:19-cv-00495   Document 1-2   Filed 04/17/19   Page 14 of 21   PageID #:  24

VOL _____ of _____    DIV  H

**No.** _____     2019-000830 _____

# Fourteenth Judicial District Court
# CALCASIEU PARISH, LA

JAMES W POTTER  **AND JACQULINE POTTER**

*Plaintiff*

VS.

SAFECO INSURANCE COMPANY

*Defendant*

JORDAN Z TAYLOR

*Attorney for Plaintiff*

*Attorney for Defendant*

Date Filed:  02/15/2019 _____

No.  2019-000830 _____

Preliminary Default Entered: _____

**H. LYNN JONES II**
Clerk of Court and Ex-Officio Recorder
Fourteenth Judicial District of Louisiana
Parish of Calcasieu - Lake Charles, Louisiana
Ph. 337-437-3550  Fax  337-437-3350

**\*2019-000830\***
2019-000830

The Calcasieu Parish Clerk of Court is the custodian of this record. As a courtesy we allow local attorneys to check out the records. If you have borrowed this record from our office; 14th JDC Local Rule 24 allows for a period of no more than 72 hours. Documents are also accessible through our website at www.calclerkofcourt.com.

Notice of Service



JAMES W POTTER
VS.     2019-000830
SAFECO INSURANCE COMPANY

14th Judicial District Court
State of Louisiana
Parish of Calcasieu

TO:   JORDAN Z TAYLOR
      *THE TOWNSLEY LAW FIRM
      *3102 ENTERPRISE BOULEVARD
      Lake Charles, LA  70601

Service issued to: SAFECO INSURANCE CO OF OREGON

Date of Service:  03/18/2019

Number of Service:  1

Personal/Domiciliary:  PERSONAL SERVICE

Pleading served:     1600 CITATION
                     PETITION FOR DAMAGES FILED 2/15/19

Issued by the Clerk of Court on the 1st day of April 2019.


Joseph Frazier
Deputy Clerk


**\*CMS6396294\***

Filing Date: 02/28/2019 12:00 AM      Page Count: 1
Case Number: 2019-000830
Document Name: Notice of Service

CMS0074                                              Page 1 of 1

| JAMES W. POTTER AND JACQULINE POTTER | : | 14th JUDICIAL DISTRICT COURT |
|---|---|---|
| VS. NO. 2019 _830_ DIV "_H_" | : | PARISH OF CALCASIEU |
| SAFECO INSURANCE COMPANY OF OREGON | : | STATE OF LOUISIANA |
| FILED: FEB 1 5 2019 | : | _Sarah Matthew_ |
| | | DEPUTY CLERK OF COURT |

## REQUEST FOR WRITTEN NOTICE OF ANY AND ALL
## ORDERS, JUDGMENTS AND ASSIGNMENTS MADE OR RENDERED

In accordance with the provisions of Articles 1571 and 1572 of the Louisiana Code of Civil Procedure, you are hereby requested to provide us, counsel for **James W. Potter and Jacquline Potter**, plaintiffs in the above numbered and entitled cause, written notice, by mail, ten (10) days in advance of any date fixed for any trial or hearing on this case, whether on exceptions, rules or the merits thereof.

And, in accordance with the provisions of Articles 1913 and 1914 of the Code of Civil Procedure, you are additionally requested to send notice of any order or judgment rendered or made in this case immediately upon the entry or rendition of any such order or judgment.

Thank you for your cooperation.

Respectfully submitted,
THE TOWNSLEY LAW FIRM, LLP

BY:

REX D. TOWNSLEY, LSBA Roll No (12886)
JORDAN Z. TAYLOR, LSBA Roll No. (35346)
3102 Enterprise Boulevard
Lake Charles, Louisiana 70601
Telephone: (337) 478-1400
Fax: (337) 478-1577

Filing Date: 02/15/2019 12:00 AM          Page Count: 1
Case Number: 2019-000830
Document Name: REQUEST FOR NOTICE

JAMES W. POTTER AND JACQULINE : 14th JUDICIAL DISTRICT COURT
POTTER

VS. NO. 2018- 830 ____ DIV "4 " : PARISH OF CALCASIEU

SAFECO INSURANCE COMPANY OF : STATE OF LOUISIANA
OREGON

FILED: ___FEB 1 5 2019____ : _____
                                 DEPUTY CLERK OF COURT

## PETITION FOR DAMAGES

**NOW INTO COURT**, through undersigned counsel, comes plaintiffs, **James W. Potter**, (hereinafter referred to as "James") and **Jacquline Potter**, (hereinafter referred to as "Jacquline") competent majors and residents of Allen Parish, who respectfully petitions this court for an award of damages, for the following reasons, to-wit:

1.

Made Defendant herein is **SAFECO INSURANCE COMPANY OF OREGON**, (hereinafter referred to as "Safeco"), an insurance corporation authorized to do and doing business in the State of Louisiana who may be served through its registered agent for service of process, Louisiana Secretary of State, 8585 Archives Avenue, Baton Rouge, Louisiana 70809 .

2.

Venue is proper in the 14th Judicial District Court pursuant to Louisiana Code of Civil Procedure Article 76. This is an action against a motor vehicle insurance carrier and the loss occurred in Calcasieu, Louisiana.

3.

On or about August 22, 2017, the plaintiff, **James,** was driving in a 2000 Dodge Dakota North on Highway 14 approaching 4th Street.

4.

Taylor Nicole Staton-Darbone was operating a 2007 Honda Civic traveling West on 4th Street.

5.

Suddenly and without warning Taylor Nicole Staton-Darbone made a left turn onto

SCANNED
MAR - 4 2019

PROCESSED
Date: FEB 2 8 2019

Filing Date: 02/15/2019 12:00 AM    Page Count: 4
Case Number: 2019-000830
Document Name: PETITION

Highway 14 from 4th St. directly in the path of James causing him to slam into the driver's side
of Taylor Nicole Staton-Darbone vehicle.

6.

It is alleged on information and belief that defendant, **Safeco**, had in full force and effect
at the time of the accident a policy or policies of uninsured/underinsured motorist automobile,
affording coverage to the vehicle being driven by **James** with the permission and consent of the
registered owner, Florence Nichols at the time of this accident.

7.

As a result of the above-described accident, petitioner, **Potter** sustained injuries to his
body as a whole, including, but not limited to his neck, back, hip, and knee. As a further result
of the above described accident, petitioner, Potter, has suffered emotionally, mentally and
physically as a result of his injuries, causing past, present and future mental and physical pain
and suffering, mental anguish and emotional distress. Additionally, he has suffered loss of
enjoyment of life, past, present and future all for which he is entitled to recover from the
defendant in a reasonable amount to be fixed by this Honorable Court.

8.

The wife of plaintiff, **Jacquline**, at all times material hereto was living and residing with
him. The said wife, **Jacquline,** suffered loss of consortium, services and society of her husband
as a result of the above described accident and ensuing injuries to him, all for which **Jacquline,
as wife to James,** is entitled to recover in a reasonable amount to be fixed by this Honorable
Court from the defendants.

9.

Plaintiffs show that the amount recovered from Taylor Nicole Staton-Darbone and her
liability carrier, Allstate Property and Casualty Ins. Co. was insufficient to cover the damages
sustained by plaintiffs. Therefore, Taylor Nicole Staton-Darbone is underinsured and the claims
of the plaintiffs are valid under the Louisiana Uninsured Motorists statute, and plaintiffs are
entitled to proceed against defendant, **Safeco**, under its provision of uninsured motorist bodily
injury coverage and underinsured motorists protection to plaintiff.

2

10.

Plaintiff, **James,** has furnished defendant, **Safeco**, with sufficient proof of loss as required by law.

11.

Plaintiff further shows that defendant, **Safeco**, has made only one unconditional tender to plaintiffs which was insufficient considering the injuries, damages and despite repeated attempts for unconditional tenders.

12.

Safeco is arbitrary and capricious in its failure to tender a reasonable amount within thirty days of proof of loss and petitioners are entitled to recover penalties, interest and attorney's fees, in accordance with law, including damages under LSA R.S. 22:1892.

13.

Pursuant to LSA R.S. 22:1973, Defendant, **Safeco** owes Petitioners a duty of good faith and fair dealing.

14.

Defendant, **Safeco** has an affirmative duty to adjust Petitioners' claims fairly and promptly and to make a reasonable effort to settle Petitioners' claims.

15.

Defendant, **Safeco** has breached this duty and said breach has been arbitrary and capricious or without probable cause. Specifically, **Safeco** has breached the duty imposed by LSA R.S. 22:1973 by arbitrarily failing to pay the amount of the claim due to Plaintiffs within 60 days after the receipt of satisfactory proof of loss from Plaintiffs.

16.

Petitioners allege that they are entitled to penalties as outlined in LSA R.A. 22:1973 (C) not to exceed two times the damages sustained or five thousand ($5,000.00) dollars, whichever is greater.

WHEREFORE, PETITIONERS PRAY that the defendant be duly served with a copy of this petition and cited to appear and answer same, and that after the lapse of all legal delays there

3

be judgment in favor of **James and Jacquline** against defendant, **Safeco** for a reasonable amount of general damages, special damages, past, present and future medical expenses and pain and suffering and loss of consortium. PETITIONERS FURTHER PRAY for judgment against the above named defendant for all costs of this suit, including the fees of experts and other experts called as witnesses, attorney fees, for legal interest on all amounts prayed for above, from the date of judicial demand until paid and for full, general, and equitable relief in the premises.

Respectfully submitted,
**THE TOWNSLEY LAW FIRM, LLP**

BY: _____

**REX D. TOWNSLEY, LSBA Roll No (12886)**
**JORDAN Z. TAYLOR, LSBA Roll No. (35346)**
3102 Enterprise Boulevard
Lake Charles, Louisiana 70601
Telephone: (337) 478-1400
Fax: (337) 478-1577

**PLEASE SERVE DEFENDANTS AS
SET FORTH IN PARAGRAPH ONE
OF THE PETITION**

4

# THE TOWNSLEY LAW FIRM
### ATTORNEYS AT LAW
3102 ENTERPRISE BLVD.
LAKE CHARLES, LOUISIANA 70601

REX D. TOWNSLEY
TODD A. TOWNSLEY
DAMON L. BEARD
_____
SAGE MIDDLETON
JORDAN Z. TAYLOR
JUSTIN T. MORALES
JACKSON T. BROWN

TELEPHONE: (337) 478-1400
TOLL FREE: (800) 433-3305
FAX: (337) 478-1577
www.townsleylawfirm.com

December 17, 2018

**VIA HAND DELIVERY**
The Honorable H. Lynn Jones, II
Calcasieu Parish Clerk of Court
P.O. Box 1030
Lake Charles, LA 70602

FILED   FEB 1 5 2019

_Karl Matthews_
Deputy Clerk of Court
Calcasieu Parish, Louisiana

Re:   *James W. Potter, et al v. Safeco Ins. Co. of Oregon*

2019-830 H

Dear Mr. Jones:

    Enclosed please find the original and two (2) copies of the Petition for Damages, Request for Notice and BI Reporting Form to be filed on behalf of plaintiffs.  I ask that you please file the original in the record of the captioned matter, serve the defendant as set forth in the pleadings and return a conformed copy of same to my office.

    I have enclosed my firm's check in the amount of $375.00 which represents payment of the cost to file and serve the attached pleadings.  If you have any questions, please feel free to contact me at the number above.

    With kindest regards, I am

Sincerely,

_Rex D. Townsley_

REX D. TOWNSLEY

RDT/agf
Enclosures

CMS6353791
Filing Date: 02/15/2019 12:00 AM           Page Count: 1
Case Number: 2019-000830
Document Name: LETTER